**NOT FOR PUBLIC VIEW**

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____   FOR _____   AT _____

LOCATION NUMBER: _____

FILED MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PERSON REPRESENTED (Show your full name): **Guadalupe Valladares**

1 ☐ Defendant—Adult
2 ☒ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 08 MJ 1677
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: **Housekeeper**
- IF YES, how much do you earn per month? $ **1000/mo**
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ **864**  SOURCES: **Welfare + Stamps (450)**

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ _____  DESCRIPTION _____

**DEPENDENTS**
- MARITAL STATUS:
  ☒ SINGLE **Separat.**
  ☒ MARRIED
  ☐ WIDOWED
  ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: **3**
- List persons you actually support and your relationship to them:
  - **Cesar – 9 yr.**
  - **Jasmine – 2 yr.**
  - **Juana 12 yr.**

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Rent | $ | $ 875 |
| | Utilit. | $ | $ 80 |
| | Food | $ | $ Food Stamps |
| | Cell phone | $ | $ 80 |
| | Diapers | | 20 |
| | Clothes | | 120×3=360 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **5/29/08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **Guadalupe V.**

$1415