UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR1937-W |
| | ) | 08MJ1678 |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Gustavo Rendon-Mendiola, et al. | ) | |
| Defendant(s) | ) | Booking No. 08658298 |

On order of the United States District/Magistrate Judge,    **NITA L. STORME**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:    (Bond Posted / Case Disposed / Order of Court).

Emilio Marta-Aguayo
Arrgn. on 6-10-08

DATED:    6-12-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _Andrew Perry_
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _J. Perrault_

Deputy Clerk

**G. PERRAULT**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-561-774/70062