UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>vs. )<br>  )<br>Gustavo Rendon-Mendiola, )<br>   et al. )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR1937-W<br>                08MJ1678<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08658298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Carlos Ivan Molina-Ruiz
Arrgn. on 6-10-08

DATED: 6-12-08

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _Andrew Reuye_            OR
         DUSM

W. SAMUEL HAMRICK, JR. Clerk
by _G. Perrault_
Deputy Clerk

**G. PERRAULT**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70062